2023 DEC -7 PM 12: 03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 23cr10318 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| JACLYN MCQUEEN, | ) | Count One: |
| | ) | Tampering with a Consumer Product |
| Defendant | ) | (18 U.S.C. §1365(a)(4)) |
| | ) | |

## INFORMATION

At all times relevant to this Information:

### General Allegations

1. Defendant JACLYN MCQUEEN was a resident of Dedham, Massachusetts.

2. MCQUEEN was a registered nurse licensed in the Commonwealth of Massachusetts. MCQUEEN worked at a Massachusetts rehabilitation center (the "Rehabilitation Center") that provided long-term chronic care and post-acute care to patients.

3. Oxycodone was a Schedule II controlled substance. Both liquid oxycodone and oxycodone pills (collectively, "oxycodone") were opioids used for pain relief. Oxycodone was prescribed to some of the patients at the Rehabilitation Center.

4. In her capacity as a nurse, MCQUEEN had access to oxycodone and other opioids prescribed to patients at the Rehabilitation Center.

5. Beginning in or about February 2020 and continuing through in or about May 2020, MCQUEEN diverted oxycodone from the Rehabilitation Center. She began by taking oxycodone and other opioid pills that otherwise would have been discarded and not administered to patients.

For example, when a patient was given a supply of oxycodone pills when they left the facility and returned with unused oxycodone pills, Rehabilitation Center staff, including MCQUEEN, were directed to "waste," or destroy, the unused pills. Instead of wasting the unused oxycodone pills, MCQUEEN consumed them herself.

6. MCQUEEN also consumed and diluted oxycodone in liquid form, taken from 2.5 ml/2.5 mg liquid oxycodone syringes that were prescribed to her patients and stored on her medication carts. The liquid oxycodone syringes were stored in individual plastic bags that had a small hole to enable air to escape the packaging. MCQUEEN removed the syringes from the bags through the hole, consumed a portion of the oxycodone, refilled the syringe with water to replace the oxycodone she consumed, and replaced the syringe in the plastic bag through the hole from which she had removed it. MCQUEEN then returned the diluted syringes to her medication carts where they could have been administered to patients at the Rehabilitation Center.

7. MCQUEEN consumed diverted opioids during most of her shifts between February 2020 and May 2020, when her tampering with liquid oxycodone was discovered by the Rehabilitation Center.

8. The liquid oxycodone syringes that MCQUEEN diluted were manufactured by a pharmaceutical company in Minnesota.

9. The U.S. Food and Drug Administration's Forensic Chemistry Center tested 44 oxycodone syringes on the medication carts that MCQUEEN used and determined that 40 of the syringes were diluted, in that they contained between 2% to 33% of the declared concentration of oxycodone.

## COUNT ONE
### Tampering with a Consumer Product
### (18 U.S.C. §1365(a)(4))

The United States Attorney charges:

10. The United States Attorney realleges and incorporates by reference paragraphs 1-9 of this Information.

11. From in or about February 2020, and continuing through in or about May 2020, in the District of Massachusetts and elsewhere, the defendant,

### JACLYN MCQUEEN,

with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, to wit: 40 syringes of liquid oxycodone prescribed to patients at the Rehabilitation Center, by removing liquid oxycodone from the syringes, replacing the missing liquid with tap water, and returning the diluted oxycodone syringes to the medication cart to be available for use on other patients at the Rehabilitation Center.

All in violation of Title 18, United States Code, Section 1365(a)(4).

Respectfully Submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Kelly Begg Lawrence
KELLY BEGG LAWRENCE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

Date: December 7, 2023