JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** III  **Investigating Agency** FDA
**City** Dedham
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Name:** Jaclyn McQueen   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:**
**Address:** 10 Rodgers Ave, Dedham, MA 02026
**Birth date (Yr only):** 1979  **SSN (last 4#):** 8197  **Sex:** F  **Race:** White  **Nationality:** USC
**Defense Counsel if known:** Keith Halpern  **Address:** 572 Washington St., Suite 19, Wellesley, MA 02482
**Bar Number:**

**U.S. Attorney Information**
**AUSA:** Kelly Lawrence  **Bar Number if applicable:** 655765

**Interpreter:** ☐ Yes ☑ No  **List language and/or dialect:** _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**
**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/7/2023   **Signature of AUSA:** /s/ Kelly Lawrence

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _____

**Name of Defendant**    Jaclyn McQueen

|  | Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1365(a)(4) | Tampering with a consumer product | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013