Natalie Allen
1 Westinghouse Plaza, Hyde Park
Masters Level Mental Health Counselor

To the Nursing Board,

    My name is Natalie Allen, I am a Mental Health Counselor at Lighthouse Behavioral Health and Wellness Center in Hyde Park, MA.

    I have the pleasure of knowing and working with Jaclyn McQueen for close to a year now. Jackie came to me a year ago for the mental health counseling/therapy requirement for the SARP program and I believe stayed for her continued personal growth and healing. My time with Jackie has been nothing but a wonderful, consistent, motivational and personal learning experience. Jackie always shows up on time, focused, open and eager for our week/bi-weekly sessions.

    During our sessions Jackie is honest with every topic or question I ask her. We have spoken to great lengths about her upbringing, young adulthood and major life events and choices. She has expressed deep regret, remorse, understanding and hopefulness for her past behaviors and actions both personally and professionally.

    Due to her growth, she has made amends with family members, friends; and has become an impressive and dependable mother, wife, friend and worker. Along with counseling, Jaclyn attends multiple types of meetings weekly, accomplishes all the requirements and testing for the SARP program and is focused on her health, physically and emotionally. Jackie is fully committed to becoming a better person for not only herself, but her family, communities and professional life.

    Jackie has consistent support from her groups, family, friends and myself. I know she will continue to use us for better coping skills, future growth and support for any obstacles or challenges ahead.

    It is my professional belief that Jaclyn has grown mentally, physically, emotionally and spiritually beyond her past and is more than ready and capable to start working as a nurse again. I truly believe that Jackie is responsible, self-aware and motivated to help others and create good in this world.

For any questions or concerns, please feel free to call, text or email me at your convenience.
Nallen@lbhwc.com
8573628070