Confidential unless violated

# CONSENT AGREEMENT FOR SARP PARTICIPATION (CASP)
## AMENDMENT 2

### TO BE COMPLETED UPON APPROVAL OF LICENSEE TO RESUME MEDICATION ADMINISTRATION

The Licensee, **Jaclyn McQueen**, has been approved by SARP staff, in conjunction with the Substance Addiction Recovery Evaluation Committee (SAREC), to return to nursing practice with the following restrictions:

RECEIVED
JAN 30 2023
BOARD OF REGISTRATION
IN NURSING

- May administer medications **except** Controlled Substances, classes II – V.
- May not be responsible for the narcotic key or participate in the count of Controlled Substances.
- Practice Nursing only with direct supervision by a licensed Registered Nurse.
- All Nursing Supervisors must complete a Supervisor Verification Form.
- RN Supervisor must be on-site as a resource during all hours worked.
- Practice Nursing only in a structured setting.[A]
- Work a maximum of 40 hours per week. No 11pm – 7am shifts, no overtime, no rotating shifts, no floating, and no working a shift within twelve hours of the previous shift.
- Submit a Job Description to the SARP Coordinator for approval prior to accepting a job offer.
- Report any changes in Nursing Supervision to the SARP Coordinator.
- Provide a copy of this Amendment to employer.

I, _Jaclyn McQueen_, agree that before accepting any nursing position, it must first be approved by SARP Staff and must meet the practice stipulations outlined above. I agree to report any incidence of relapse to SARP. Upon relapse, I agree to immediately cease the practice of nursing.

**I understand that all the remaining terms of my initial SARP Consent Agreement remain in full force and effect.**

_Jaclyn McQueen_  1/26/23              _Megan Tan_  2.1.23
Licensee (sign and date)                SARP Staff (sign and date)

Effective Date of Amendment: _February 1st, 2023_

---

[A] Non-structured settings include, but are not limited to, nursing agencies, home care, school settings, 11P to 7A shift, float nurse, and no rotating shifts.

*CASP Amendment*
*Jaclyn McQueen*
*RN280486*