

**The Commonwealth of Massachusetts**
Executive Office of Health and Human Services
Department of Public Health
250 Washington Street, Boston, MA 02108-4619

**MAURA T. HEALEY**
Governor

**KIMBERLEY DRISCOLL**
Lieutenant Governor

**KATHLEEN E. WALSH**
Secretary

**ROBERT GOLDSTEIN, MD, PhD**
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

June 2, 2023

Jaclyn McQueen
10 Rodgers Avenue
Dedham, MA 02026

Dear Ms. McQueen:

Effective June 2, 2023, you have been approved to work as a Registered Nurse at Harvard Vanguard, Atrius Health in Cambridge, MA. You have been approved to work the following shifts:
- Day shift, 8a-5p.

As a reminder, you have the following restrictions placed on your nursing license, per your Consent Agreement for SARP Participation (CASP) and CASP Amendment 2:

- May administer medications except Controlled Substances, classes II-V,
    - May not be responsible for the narcotic key or participate in the count of Controlled Substances,
    - **It has been determined there are no controlled substances on site.**
- RN Supervisor must be on-site as a resource during all hours worked. Practice Nursing only with direct supervision by a licensed Registered Nurse, who have been identified as the following:
    - Katelyn Shiner, RN2264319, Primary,
    - Daphney Yu-Ru Tseng, RN2297962, Secondary,
    - Kevin Shaffer, RN2361979, Secondary,
    - Riley McLaughlin, RN2366397, Secondary,
    - Paulette Ellis-Nembhard, RN273439, Secondary.
- All Nursing Supervisors must complete a Supervisor Verification Form and shall submit quarterly reports as required by the SARP.
    - **Katelyn Shiner shall submit reports on a quarterly basis unless otherwise determined by the SARP.**
- Work a maximum of 40 hours per week. No 11pm to 7am shifts, no overtime, no rotating shifts, no floating, and no working a shift within twelve hours of the previous shift,
- Report any changes in Nursing Supervision to the SARP Coordinator,
- Provide a copy of this Amendment to the employer.

If you have any questions or concerns, please contact SARP staff at (617)973-0904.
Thank you,

SARP Staff
Board of Registration in Nursing