August 25th, 2023

To Whom It May Concern;

This letter is to verify that I hired Jaclyn McQueen to work as a triage nurse in my Internal Medicine department of Cambridge Atrius Health on June 26th, 2023. She is employed forty hours per week and works four ten hour shifts. Jackie was up front about her battle with addiction at our interview.

I can honestly say that I am very happy with how well Jackie has worked out. She is a hard worker. She get's along great with the other nurses and staff. I was able to spot check her time card just now and can report that she has no issues with tardiness. Overall she has excellent attendance. It's clear that she comes with good experience in how she writes her nursing notes and delivers excellent patient care.

She is very much an asset to our nursing team and I look forward to working with her over the coming year.

Best,


Katelyn Shiner, BSN, RN

*Katelyn Shiner, BSN, RN*

Regional Nurse Manager

Atrius Health- Cambridge

1611 Cambridge Street

Cambridge, MA 02138

1(781)267-8663