Nancy Flynn

31 Wentworth Street

Dedham, MA 02026

25 September 2022

To the United States Attorney's Office,

I have been Jackie's sponsor for ten years. I have seen her experience ups and downs with regards to her recovery. It has not been easy for Jackie but she never gives up. The past two years I have seen significant and true growth in her dedication to stay sober and do the right thing. She has grown into a more spiritual trusting and serene woman as well as a loving and dedicated mother to her three children

Jackie accepts her mistakes and despite feeling shame and remorse she is working to make amends and forgive herself. She is an active member of two groups and is loved and supported by all in our community. She is reliable, responsible, and wants to and does help others everyday. Although I know Jackie has accepted her potential fate in this case, I have to say that knowing how hard she is on herself I can't imagine that any punishment would be satisfactory in her mind which is why she needs to keep going in this direction with daily meetings, check-ins with Sarp, daily contact with other alcoholics, etc. I feel any interruption in this flow could stunt her from fulfilling her dreams and developing more into the woman and mother she was meant to and deserves to be. If there is any more I can do please do not hesitate to call me at 617-678-1260. Thank you.

Sincerely,

Nancy Flynn