**SELF ASSESSMENT REPORT**

| | |
|---|---|
| Have you experienced any medical/surgical events since your last quarterly report? | ☒NO ☐YES |
| Have you experienced any psychiatric/mental health issues since your last quarterly report? | ☒NO ☐YES |
| Have you started on new medications since your last quarterly report? | ☒NO ☐YES |
| Are there any anticipated health events you will experience within the next quarter? | ☒NO ☐YES |
| Have you obtained or changed your Primary Care Physician/provider? | ☒NO ☐YES |

Please describe if you answered yes to any of the questions above *(please attach additional sheets as necessary)*.

Please describe any major changes in your life:

Started a nurse position full time and I love it.

Please describe your recovery progress:

Will be 3 yrs sober on 9/5/23, have a job in my group, am active in program, so grateful to be in recovery and proud of how far I've come.

Please describe problems you are having complying with the SARP consent agreement:

None

What can SARP assist you with?

N/A

Additional comment:

Thank you!

*(Please attach additional sheets as necessary)*

2