**PRESS RELEASE**

# Former Nurse Pleads Guilty to Tampering with Oxycodone

Tuesday, January 16, 2024
Share
**For Immediate Release**
U.S. Attorney's Office, District of Massachusetts

BOSTON – A former nurse has pleaded guilty to tampering with liquid oxycodone syringes at a local rehabilitation center.

Jaclyn McQueen, 44, of Dedham, pleaded guilty on Jan. 5, 2024 in federal court in Boston to one count of tampering with a consumer product. U.S. District Court Judge Julia E. Kobick scheduled sentencing for April 4, 2024. McQueen was charged by Information on Dec. 7, 2023.

McQueen was employed as a registered nurse at a rehabilitation center in Dedham that provided long-term chronic and post-acute care to patients. In her capacity as a nurse, McQueen had access to oxycodone, a Schedule II narcotic, prescribed to patients at the rehabilitation center. From approximately February through May 2020, she removed liquid oxycodone from syringes intended for use by patients, consumed the oxycodone herself and refilled the syringes with saline to avoid detection. McQueen returned the diluted syringes to the medication carts where they could have been administered to patients.

The charge of tampering with a consumer product provides a sentence of up to 10 years in prison, three years of supervised release and a fine of up to $250,000. Sentences are imposed by a federal district court judge based upon the U.S. Sentencing Guidelines and statutes which govern the determination of a sentence in a criminal case.

Acting United States Attorney Joshua S. Levy; Fernando McMillan, Special Agent in Charge of the Food and Drug Administration, Office of Criminal Investigations; and Robert H. Goldstein, MD, PhD, Commissioner of the Massachusetts Department of Public Health made the announcement. Assistant U.S. Attorney Kelly Begg Lawrence, Chief of the Health Care Fraud Unit, is prosecuting the case.

*Updated January 16, 2024*