

08/15/2024

Charles River Recovery
75 Norumbega Rd

Weston, MA 02493

Jackie Mcqueen
10 Rodgers Avenue
Dedham, MA 02026

Dear Jackie:

On behalf of Charles River Recovery, I am pleased to offer you employment in the position of Registered Nurse. Your start date will be 08/26/2024 or such other date upon which we shall mutually agree. You will report to Valerie Andrews, Director of Nursing.

As a non-exempt employee of Charles River Recovery, your hourly rate for this position will be $49.00 plus $2.00 for evening shift (3:00p-11:30p) and $4.00 for night shift (11:00p-7:30a), payable biweekly in accordance with Charles River Recovery's standard payroll practices, and subject to any deductions permitted under law. Note: you must work a minimum of four (4) hours into each of the evening or night shifts in order to be eligible for the associated differential.

As a full-time employee for this position, you are eligible to receive a sign-on bonus of $10,000.00.

In addition, you are eligible to participate in the company's benefits plans and programs in accordance with our company policy, and subject to the terms and conditions set forth in the benefit programs themselves. Please refer to the benefits summary plan descriptions for further information. Charles River Recovery reserves the right to modify, add to or eliminate any employment benefits offered.
Other terms and guidelines relating to your employment are set forth in our employee handbook, which we will provide to you on your first day of employment.

This offer of employment is contingent upon:

- The successful completion of a background check including a criminal record check;
- The successful nursing license and CPR certification verification; and
- Providing, upon your first day of employment, satisfactory proof of identity and legal authorization to work in the United States, and your completion of an Employment Eligibility Verification Form I-9. Enclosed, you will find a form outlining suitable forms of identification for submission.

In accordance with SARP, this offer of employment is additionally contingent upon the conditions to practice:

- May administer medications <u>including Controlled Substances, classes II-V.</u>
- May be responsible for the narcotic key or participate in the count of Controlled Substances.
- Practice Nursing only with direct supervision by a licensed Registered Nurse.
- All Nursing Supervisors must complete a Supervisor Verification Form.
- RN Supervisor must on-site as a resource during all hours worked.
- Practice Nursing only in a structured setting.

- No 11pm- 7am shifts, no rotating shifts, no floating, and no working a shift within twelve hours of the previous shift.
- Submit a Job Description to the SARP Coordinator for approval prior to accepting a job offer.
- Report any changes in Nursing Supervision to the SARP Coordinator.
- Provide a copy of the Consent Agreement for SARP Participation Amendment 3 to employer.

Charles River Recovery is an at-will employer. This means that both you and Charles River Recovery reserve the right to terminate the employment relationship at any time for any reason with or without notice. This letter serves only to confirm our offer of employment and does not constitute a contract of employment.

If you agree with the terms of this offer of employment, please sign this letter in the designated space below and return it to our Human Resources Department either electronically or by mail.

We look forward to your acceptance of our offer and joining our CRR Team. If you should have any questions regarding this offer, please contact me at 781-557-8017.

Again, welcome to Charles River Recovery.

Sincerely,


Jessica Weiner

Human Resources Generalist

Accepted and Agreed


\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
(Candidate Name)

..............................................................
(Candidate Signature)

..............................................................
(Date)

| **Candidate Response** | |
|---|---|
| **Signature** | |
| Offer Status: | |
| Signer Name/Initials: | |
| Login Id: | |
| Date Electronically Signed: | |
| Electronic Signature captured and verified by ADP | |