Natalie Allen
1 Westinghouse Plaza, Hyde Park
Masters Level Mental Health Counselor

To the Boston Courts,

My name is Natalie Allen. I am a Mental Health Counselor at Lighthouse Behavioral Health and Wellness Center in Hyde Park, MA.

I have the pleasure of knowing and working with Jaclyn McQueen for over ten months now. Jackie came to me ten months ago with the requirement of mental health counseling/therapy for her SARP program. She came for her program and stayed for her continued personal growth and healing. It is a surprise to hear that Jackie is now involved with this case and possible punishment. It is my hope that the court reads this and uses this letter for her benefit and leniency.

My time with Jackie has been nothing but a wonderful, consistent, eye opening and personal learning experience for myself. Jackie always shows up on time, is focused, open and eager for our week/bi-weekly sessions. Her grace and growth have inspired me to continue to learn more about certain topics to better help and support clients like her.

During our sessions Jackie is honest with both me and herself, with every topic or any question I ask her. We have spoken to great lengths about her upbringing, youth, young adult age and most recent moments. She has expressed multiple times her deep regret and understanding of her past behaviors and actions.

Due to her growth, she has made amends with family members and friends and has become a phenomenal mother and wife.  Along with counseling, Jaclyn attends multiple AA meets weekly, is an active member in a SARP program (meeting all requirements and testing) and is consistent with group exercise to keep herself balanced. Jackie is fully committed to becoming a better person for not only herself but her family and her communities.

It is my belief that Jaclyn has grown mentally, physically, emotionally, and spiritually beyond the incident that is being looked at and that she has punished herself more than enough. This brief letter is my attempt to support Jackie and I hope the court takes this into consideration when deciding any ruling for Mrs. McQueen.

If there are any questions or concerns, please feel free to call, text or email me.

Natalie Allen
Nallen@lbhwc.com
857-362-8070

Honorable Julia E. Kobick
The U.S. District Court
District of Massachusetts

Dear Judge Kobick,

I was asked to write a character reference for Jacqueline McQueen. This is one of the easier things I've been asked to do today.

I worked with Jackie every day. She was the best co-worker. She is pleasant, hard- working, kind. She never refuses to do a task, and always does it with a smile. She was very patient and caring with our patients.

She is also a very competent nurse. She would go out of her way to help someone.
She was always to work on time and was responsible. One knew when she was doing a task, it would be done correctly.

She was always consistent, genuine, and honest!

I feel blessed that we still maintain a friendship, even though we are not co-workers.

Thank you!

Maryann F. Donovan, RN BSN
756 Mount Auburn St.
Watertown, MA

August 7, 2024

The Honorable Julie E Kobick

U.S. District Court

District of Massachusetts

Dear Judge Kobick:

I am writing a reference letter on behalf of Jackie McQueen. I met Jackie in 2001 when she came to an AA meeting with her friend, who I was sponsoring at the time. In 2012 I came to know Jackie better when she joined the Dedham Village group of Alcoholics Anonymous, a group that I have been a member of since 1995. I have been sober 28 years and am a licensed clinical social worker. As a result, I am able to observe and assess people pretty quickly.

During this time, I have been able to get to know Jackie and her family and watch her grow in her recovery. I see Jackie as a Survivor. She is someone that is going to make things work out, especially for her children. I've heard Jackie speak about her nursing career and how excited she was to be helping people. I also know how devastated Jackie was when she relapsed and chose a decision she regrets.

Over the past four years I have seen Jackie put Alcoholics Anonymous first in her life. Without her sobriety she will not be able to meet the goals in her life. I have seen Jackie take on different responsibilities in her AA home group, and a secondary group on zoom functions well. I have seen Jackie reach out her hand to newcomers and encourage them to continue to attend AA. I have seen her become a productive member of society. I have seen her parent her children and provide a stable living environment for them to grow up in. I have seen her utilize her supports in and out of AA so that she continues on the road of sobriety.

There is a saying in AA if you want to succeed you should "stick with the winners" and I see Jackie McQueen as a winner!

I fully understand that this was a serious situation. Seeing Jackie make so much progress in the past four years, my hope is that you will continue to allow her to live, work and continue to work on her recovery in the community.

Please feel free to contact me if you have additional questions.

Sheila Fitzgerald, LICSW

617-733-5065

The Honorable Julia E. Kobick
U.S. District Court
District of Massachusetts

Dear Judge Kobick:

I am writing in regard to my good friend and fellow, Jaclyn McQueen.
I have known 'Jackie' for about 12 years. Jackie and I got sober together around 2012. I met Jackie in Alcoholics Anonymous, specifically the 'Dedham Village' group in Dedham, MA. Jackie was, and is, a huge part of my recovery.
Although Jackie had some bumps along the way, she has come so far over these past few years. Jackie has been sober almost 4 years (in September). She is a power of example to those coming into the fellowship of AA. She is an active member of the Dedham Village group, where she takes group positions to run our beginner's meeting, sets up the hall and makes coffee for the group. She is always reaching her hand out to help new and old AA members.
Outside of AA, Jackie is an amazing mother to her 3 teenage children. I've watched her raise these children over the years, and all of them have come so far. Jackie takes them on family trips, often with her brother Michael. She is very family-oriented and often speaks recovery with her sober family members.
Jackie is a very hard worker and has most recently volunteered her time at the Pan Mass Challenge in Dighton, as a medical professional.
Jackie is respected by everyone I know, and she deserves nothing but the best.

Please contact me with any further inquiries.

Thank you,

Nicole M Joress
joress.nicole@gmail.com